DAVID BURCHARD  
CHAPTER 13 TRUSTEE  
P.O. BOX 8059  
FOSTER CITY, CA 94404  
(650) 345-7801  FAX (650) 345-1514  
(707) 544-5500  FAX (707) 544-0475  



**FILED**

AUG - 4 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF CALIFORNIA  

In re:  
    MELANIE L. and MICHAEL S. FREDERICK

Chapter 13  
Case No. 06-3-0482 SFM13  

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS  

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:  

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $77.39 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 017 | CLERK OF THE COURT FOR CHARMING SHOPPES/FIRST EXPRESS<br>P O BOX 856021<br>LOUISVILLE, KY 40285 | $77.39 |

Dated:  August 3, 2011

_____  
CECILIA MARCELO  
Receipts Administrator